1 WALSH & ASSOCIATES, APC
16633 Ventura Boulevard, Suite 1210
2 Encino, CA 91436
Telephone: (818) 986-1776
3 Facsimile: (818) 382-2071
DENNIS J. WALSH, Esq. (State Bar No. 106646)
4

5 Attorneys for Defendant
PASADENA AREA COMMUNITY
6 COLLEGE DISTRICT, a public entity

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS TABI,<br><br>    Plaintiff,<br><br>vs.<br><br>PASADENA CITY COLLEGE,<br>PASADENA CITY COLLEGE<br>POLICE,<br><br>    Defendants. | Case No.:2:10-cv-00341-DMG(JCx)<br><br>**JUDGMENT** |

The Court having granted the motion by defendant Pasadena Area Community College District to dismiss the complaint without leave to amend [Doc. # 36],

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Francois Tabi shall have and recover nothing by way of his complaint herein.

DATED: May 18, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE